**COMMONWEALTH of Kentucky, Department of Highways, Appellant,**

v.

**Dorothy BURKE, Administratrix of the Estate of Harry Burke, Deceased, Appellee.**

Court of Appeals of Kentucky

March 13, 1959.

Jo M. Ferguson, Atty. Gen., Astor Hogg, Chief Asst. Atty. Gen., Hafford E. Hay, Asst. Atty. Gen., for appellant.

Woodrow Burchett, Prestonsburg, for appellee.

CLAY, Commissioner.

The Commonwealth appeals from a $5,-000 judgment in favor of the administratrix of Harry Burke, who allegedly met his death by falling from a bridge maintained by the Department of Highways.

The suit was authorized by a resolution adopted by the 1956 General Assembly, Acts 1956, c. 227. In Commonwealth v. McCoun, Ky., 313 S.W.2d 585, we decided that such a resolution was void. Therefore, this suit was unauthorized and the judgment cannot stand.

The judgment is reversed with directions to enter judgment dismissing plaintiff's claim.